UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 11-20427-1

UNITED STATES OF AMERICA,

-V-

RICARDO DEL VALLE,

_____/

ORDER GRANTING MOTION FOR SENTENCE REDUCTION

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on December 12, 2013.

This matter is before the Court on motion of the United States for a sentence reduction; therefore

IT IS ORDERED that the Motion for a Sentence Reduction be and the same is hereby GRANTED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  December 12, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 12, 2013, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager